**James MUHAMMAD, Ahmad Muhammad–Ali, Plaintiff–Appellant,**

v.

**CORRECT CARE SOLUTIONS; Department of Mental Health, the; Client Isaiah Hemphill, and Family, Defendants–Appellees.**

No. 16-6457

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: November 2, 2016

James Muhammad, Appellant Pro Se.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Muhammad appeals the district court's order accepting the recommenda-

tion of the magistrate judge and denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. Correct Care Solutions, No. 1:16–cv–00261–MGL (D.S.C. Mar. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED